**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**


**JOSE AUGUSTO RODRIGUEZ MENDOZA**          **CASE NO.  3:26-CV-00002 SEC P**
**#A244-364-435**

**VERSUS**                                                                    **JUDGE S. MAURICE HICKS, JR.**

**WARDEN RICHWOOD CORRECTIONAL CENTER**       **MAG. JUDGE KAYLA D. MCCLUSKY**
**ET AL**


**MEMORANDUM ORDER**

Before the court is a petition for writ of habeas corpus filed on January 2, 2026.  Upon review of the record,

the Court finds that the plaintiff's suit is not in proper form for the following reasons:

> Plaintiff has failed to submit the petition for writ of habeas corpus on approved forms.
> NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS.
> **Plaintiff must submit the petition for writ of habeas corpus on approved forms that
> are legibly handwritten or typewritten.**

> The plaintiff failed to sign the **Petition**.  **Plaintiff must provide a signed original Petition.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the

pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street,**

**Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE
PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this ____9th____ day of ____January_____, 2026.


_____
Kayla D. McClusky
United States Magistrate Judge


w/Enclosures to plaintiff: Habeas form-2241