**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

JOSE AUGUSTO RODRIGUEZ MENDOZA      CIVIL ACTION NO. 26-0002

                                    SECTION P

VS.

                                    JUDGE S. MAURICE HICKS, JR.

WARDEN RICHWOOD CORRECTIONAL      MAG. JUDGE KAYLA D. MCCLUSKY
CENTER, ET AL.

## ORDER

Petitioner Jose Augusto Rodriguez Mendoza, a detainee at Richwood Correctional Center proceeding pro se, filed this proceeding on approximately January 2, 2026, under 28 U.S.C. § 2241.  On January 9, 2026, the Court ordered Petitioner to, within thirty days, file his petition on the approved form.  [doc. # 3].  That deadline passed, and Petitioner has failed to comply with the Court's Order.

Accordingly, **IT IS ORDERED** that Petitioner's Petition, [doc. # 1], is **STRICKEN** from the record.

In Chambers, Monroe, Louisiana, this 10th day of March, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge